# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE BYRD, | CV F   03 5367 REC SMS P |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 10.) |
| GAIL LEWIS, et. al., | |
| Defendants. | |

Larry Lee Byrd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 29, 2003, the Court issued Findings and Recommendations that the action proceed on Plaintiff's complaint against Defendants Coons, Bond, Kratz and Lewis, and granted the parties thirty (30) days in which to file Objections. (Doc. 10.) The thirty day period passed, however, and no party objected to the Findings and Recommendations. Concurrent with those Findings and Recommendations, the Court ordered service appropriate for those Defendants and on November 24, 2003, all remaining Defendants in the action waived service. (Docs. 11, 16, 18, 20, 22.) Defendants filed an Answer on December 22, 2003, and on January 23, 2004, the Court issued a Discovery and Scheduling Order. (Doc. 25.) A Motion for Summary Judgment

1

was filed by Defendants on October 22, 2004, and is currently pending before the Court. (Doc. 36.) However, according to the Court docket, the Findings and Recommendations issued on August 29, 2003, were not adopted or rejected by the District Court. Nevertheless, as the Parties did not object to the Findings and Recommendations and both parties have proceeded as thought the Findings *were* adopted to the Court, the Court now issues this Order resolving the outstanding Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendations, issued August 29, 2003, are adopted in full. The action will proceed on Plaintiff's complaint against Defendants Coons, Bond and Krantz for an Eighth Amendment claim and against Defendant Lewis on a supervisory liability claim. Any remaining Defendants and claims are DISMISSED from the action.

This matter is referred back to the Magistrate Judge assigned for further proceedings.

IT IS SO ORDERED.

**Dated:  June 9, 2005**          <u>    /s/ Robert E. Coyle    </u>
668554                             UNITED STATES DISTRICT JUDGE