UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE BYRD, | 1:03-cv-05637-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 42) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 36) |
| GAIL LEWIS, et al., | |
| Defendants. | **ORDER DISMISSING ACTION AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT** |

   Plaintiff, Larry Lee Byrd ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On June 13, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1 //

2    In accordance with the provisions of 28 U.S.C.
3 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5 entire file, the Court finds the Findings and Recommendations to
6 be supported by the record and by proper analysis.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1.   The Findings and Recommendations, filed June 13, 2005,
9 are ADOPTED IN FULL;
10    2.   Defendants' motion for summary judgment, filed October
11 22, 2004, is GRANTED; and,
12    3.   This action is DISMISSED and the Clerk of Court is
13 DIRECTED to enter Judgment.
14 IT IS SO ORDERED.

15 **Dated:  August 17, 2005**              /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE